IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LLOYD ALLAN LAWSON LOUGHEED,**

    **Plaintiff,**

v.                                                    Case No. 5:15cv332-MW/GRJ

**NATIONAL CHURCH RESIDENCIES,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for extension of time to file is his amended complaint, ECF No. 5, is **MOOT**. This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction." The

1

Clerk shall close the file.

**SO ORDERED on May 7, 2016.**

<pre>                              s/Mark E. Walker             ____
                              United States District Judge</pre>