IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LLOYD ALLAN LAWSON LOUGHEED,**

    **Plaintiff,**
v.                                         Case No.  5:15cv332-MW/GRJ

**NATIONAL CHURCH
RESIDENCIES, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction."

The Clerk shall close the file.

**SO ORDERED on June 25, 2016.**

<u>s/Mark E. Walker</u>      ____
**United States District Judge**
